1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. SACR 16-029(A)-CJC |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION |
| v. ) | |
| JAMESON LAFOREST, ) | |
| Defendant. ) | |

The Government's motion for review of the Magistrate Judge's release order and for detention of Defendant is **GRANTED**.  The Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant as required and the safety of the community.  The Court has considered (i) the nature and circumstances of offenses charged, including the fact that one of the offenses charged is a crime of violence; (ii) the weight of the evidence against Defendant; (iii) the history and characteristics of Defendant; and (iv) the nature and seriousness of the danger to the community.

The Court's finding of clear and convincing evidence of danger and a preponderance of evidence of flight are based on the following: (1) Defendant is charged with serious crimes, including one that is a crime of violence; (2) the significant and reliable evidence implicating Defendant with respect to those crimes; (3) Defendant's affiliation and membership in the Inglewood Family Gangster Bloods as well as the affiliation and membership of his fellow organizers and participants in that criminal street gang; (4) Defendant's prior law enforcement contacts reflecting dangerous conduct, including battery of a peace officer, illegal firearms possession, and obstructing/resisting arrest; (5) Defendant's ties to Haiti, including recent travel and fluency in the Haitian-Creole language; (6) the substantial prison sentence Defendant faces if convicted; and (7) the inadequacy of the proposed sureties as many of them have lied to police, hidden criminal proceeds, interfaced with Defendant's co-conspirators, and/or chastised Defendant for complying with law enforcement.

IT IS THEREFORE ORDERED that Defendant be detained prior to trial.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

1  IT IS FURTHER ORDERED that Defendant be afforded
2 reasonable opportunity for private consultation with
3 counsel.
4  IT IS FURTHER ORDERED that, on order of a Court of
5 the United States or on request of any attorney for the
6 Government, the person in charge of the corrections
7 facility in which Defendant is confined deliver
8 Defendant to a United States marshal for the purpose of
9 an appearance in connection with a court proceeding.

Dated: September 23, 2016

_____
HONORABLE CORMAC J. CARNEY
United States District Judge